# CIVIL ACTION COVER SHEET

DOCKET NUMBER

**Trial Court of Massachusetts**
**The Superior Court**

**COUNTY** Plymouth Superior Court (Plymouth)

| | |
|---|---|
| **Plaintiff** Karen Sampson | **Defendant:** Home Depot U.S.A., Inc. |
| ADDRESS: 3 Thomas Street | ADDRESS: 2455 Paces Ferry Road |
| Kingston, Massachusetts | Atlanta, Georgia 30339 |
| | |
| **Plaintiff Attorney:** Michael S. Golner, Esq. | **Defendant Attorney:** |
| ADDRESS: Michael Kelly Injury Lawyers | ADDRESS: |
| 83 Atlantic Avenue, Suite 202 | |
| Boston, Massachusetts 02110 | |
| BBO: 691947 | BBO: |

**TYPE OF ACTION AND TRACK DESIGNATION (see instructions section on next page)**

| **CODE NO.** | **TYPE OF ACTION (specify)** | **TRACK** | **HAS A JURY CLAIM BEEN MADE?** |
|---|---|---|---|
| B20 | Personal Injury - Slip & Fall | F | ☒ YES ☐ NO |

***If "Other" please describe:**

**Is there a claim under G.L. c. 93A?** ☐ YES ☒ NO

**Is there a class action under Mass. R. Civ. P. 23?** ☐ YES ☒ NO

**STATEMENT OF DAMAGES REQUIRED BY G.L. c. 212, § 3A**

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. (Note to plaintiff: for this form, do not state double or treble damages; indicate single damages only.)

**TORT CLAIMS**

A. Documented medical expenses to date

1. Total hospital expenses $19,662.33
2. Total doctor expenses
3. Total chiropractic expenses
4. Total physical therapy expenses $2,095.00
5. Total other expenses (describe below)

South Coast Health - TO BE SUPPLEMENTED

Subtotal (1-5): $21,757.33

B. Documented lost wages and compensation to date

C. Documented property damages to date

D. Reasonably anticipated future medical and hospital expenses

E. Reasonably anticipated lost wages

F. Other documented items of damages (describe below)

TOTAL (A-F): $21,757.33

G. Briefly describe plaintiff's injury, including the nature and extent of the injury:

Plaintiff suffered personal injuries.

**CONTRACT CLAIMS**

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).

| Item # | Detailed Description of Each Claim | Amount |
|---|---|---|
| 1. | | |
| | Total | |

Signature of Attorney/Self-Represented Plaintiff: X Date:

**RELATED ACTIONS:** Please provide the case number, case name, and county of any related actions pending in the Superior Court.

**CERTIFICATION UNDER S.J.C. RULE 1:18(5)**

I hereby certify that I have complied with requirements of Rule 5 of Supreme Judicial Court Rule 1:18: Uniform Rules on Dispute Resolution, requiring that I inform my clients about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney: X /s/Michael Golner Date: October 26, 2023

# CIVIL ACTION COVER SHEET INSTRUCTIONS — SELECT A CATEGORY THAT BEST DESCRIBES YOUR CASE*

**AC Actions Involving the State/Municipality†***

AA1 Contract Action involving Commonwealth, Municipality, MBTA, etc. (A)
AB1 Tortious Action involving Commonwealth, Municipality, MBTA, etc. (A)
AC1 Real Property Action involving Commonwealth, Municipality, MBTA etc. (A)
AD1 Equity Action involving Commonwealth, Municipality, MBTA, etc. (A)
AE1 Administrative Action involving Commonwealth, Municipality, MBTA,etc. (A)

**CN Contract/Business Cases**

A01 Services, Labor, and Materials (F)
A02 Goods Sold and Delivered (F)
A03 Commercial Paper (F)
A04 Employment Contract (F)
A05 Consumer Revolving Credit - M.R.C.P. 8.1 (F)
A06 Insurance Contract (F)
A08 Sale or Lease of Real Estate (F)
A12 Construction Dispute (A)
A14 Interpleader (F)
BA1 Governance, Conduct, Internal Affairs of Entities (A)
BA3 Liability of Shareholders, Directors, Officers, Partners, etc. (A)
BB1 Shareholder Derivative (A)
BB2 Securities Transactions (A)
BC1 Mergers, Consolidations, Sales of Assets, Issuance of Debt, Equity, etc. (A)
BD1 Intellectual Property (A)
BD2 Proprietary Information or Trade Secrets (A)
BG1 Financial Institutions/Funds (A)
BH1 Violation of Antitrust or Trade Regulation Laws (A)
A99 Other Contract/Business Action - Specify (F)

* See Superior Court Standing Order 1-88 for an explanation of the tracking deadlines for each track designation: F, A, and X. On this page, the track designation for each case type is noted in parentheses.

†* Choose this case type if ANY party is the Commonwealth, a municipality, the MBTA, or any other governmental entity UNLESS your case is a case type listed under Administrative Civil Actions (AA).

‡ Choose this case type if ANY party is an incarcerated party, UNLESS your case is a case type listed under Administrative Civil Actions (AA) or is a Prisoner Habeas Corpus case (E97).

**ER Equitable Remedies**

D01 Specific Performance of a Contract (A)
D02 Reach and Apply (F)
D03 Injunction (F)
D04 Reform/ Cancel Instrument (F)
D05 Equitable Replevin (F)
D06 Contribution or Indemnification (F)
D07 Imposition of a Trust (A)
D08 Minority Shareholder's Suit (A)
D09 Interference in Contractual Relationship (F)
D10 Accounting (A)
D11 Enforcement of Restrictive Covenant (F)
D12 Dissolution of a Partnership (F)
D13 Declaratory Judgment, G.L. c. 231A (A)
D14 Dissolution of a Corporation (F)
D99 Other Equity Action (F)

**PA Civil Actions Involving Incarcerated Party ‡**

PA1 Contract Action involving an Incarcerated Party (A)
PB1 Tortious Action involving an Incarcerated Party (A)
PC1 Real Property Action involving an Incarcerated Party (F)
PD1 Equity Action involving an Incarcerated Party (F)
PE1 Administrative Action involving an Incarcerated Party (F)

**TR Torts**

B03 Motor Vehicle Negligence - Personal Injury/Property Damage (F)
B04 Other Negligence - Personal Injury/Property Damage (F)
B05 Products Liability (A)
B06 Malpractice - Medical (A)
B07 Malpractice - Other (A)
B08 Wrongful Death - Non-medical (A)
B15 Defamation (A)
B19 Asbestos (A)
B20 Personal Injury - Slip & Fall (F)
B21 Environmental (F)
B22 Employment Discrimination (F)
BE1 Fraud, Business Torts, etc. (A)
B99 Other Tortious Action (F)

**RP Summary Process (Real Property)**

S01 Summary Process - Residential (X)
S02 Summary Process - Commercial/ Non-residential (F)

**RP Real Property**

C01 Land Taking (F)
C02 Zoning Appeal, G.L. c. 40A (F)
C03 Dispute Concerning Title (F)
C04 Foreclosure of a Mortgage (X)
C05 Condominium Lien & Charges (X)
C99 Other Real Property Action (F)

**MC Miscellaneous Civil Actions**

E18 Foreign Discovery Proceeding (X)
E97 Prisoner Habeas Corpus (X)
E22 Lottery Assignment, G.L. c. 10, § 28 (X)

**AB Abuse/Harassment Prevention**

E15 Abuse Prevention Petition, G.L. c. 209A (X)
E21 Protection from Harassment, G.L. c. 258E(X)

**AA Administrative Civil Actions**

E02 Appeal from Administrative Agency, G.L. c. 30A (X)
E03 Certiorari Action, G.L. c. 249, § 4 (X)
E05 Confirmation of Arbitration Awards (X)
E06 Mass Antitrust Act, G.L. c. 93, § 9 (A)
E07 Mass Antitrust Act, G.L. c. 93, § 8 (X)
E08 Appointment of a Receiver (X)
E09 Construction Surety Bond, G.L. c. 149, §§ 29, 29A (A)
E10 Summary Process Appeal (X)
E11 Worker's Compensation (X)
E16 Auto Surcharge Appeal (X)
E17 Civil Rights Act, G.L. c.12, § 11H (A)
E24 Appeal from District Court Commitment, G.L. c.123, § 9(b) (X)
E94 Forfeiture, G.L. c. 265, § 56 (X)
E95 Forfeiture, G.L. c. 94C, § 47 (F)
E99 Other Administrative Action (X)
Z01 Medical Malpractice - Tribunal only, G.L. c. 231, § 60B (F)
Z02 Appeal Bond Denial (X)

**SO Sex Offender Review**

E12 SDP Commitment, G.L. c. 123A, § 12 (X)
E14 SDP Petition, G.L. c. 123A, § 9(b) (X)

**RC Restricted Civil Actions**

E19 Sex Offender Registry, G.L. c. 6, § 178M (X)
E27 Minor Seeking Consent, G.L. c.112, § 12S(X)

**TRANSFER YOUR SELECTION TO THE FACE SHEET**

**EXAMPLE:**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B03 | Motor Vehicle Negligence-Personal Injury | F | ☒ YES ☐ NO |

## STATEMENT OF DAMAGES REQUIRED BY G.L. c. 212, § 3A

**DUTY OF THE PLAINTIFF** — On the face of the Civil Action Cover Sheet (or on attached additional sheets, if necessary), the plaintiff shall state the facts on which the plaintiff relies to determine money damages. A copy of the completed Civil Action Cover Sheet, including the statement concerning damages, shall be served with the complaint. **A clerk-magistrate shall not accept for filing a complaint, except as otherwise provided by law, unless it is accompanied by such a statement signed by the attorney or self-represented litigant.**

**DUTY OF THE DEFENDANT** — If the defendant believes that the statement of damages filed by the plaintiff is inadequate, the defendant may file with the defendant's answer a statement specifying the potential damages which may result if the plaintiff prevails.

**A CIVIL ACTION COVER SHEET MUST BE FILED WITH EACH COMPLAINT. IF THIS COVER SHEET IS NOT FILLED OUT THOROUGHLY AND ACCURATELY, THE CASE MAY BE DISMISSED.**

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, SS.

SUPERIOR COURT DEPARTMENT
CIVIL ACTION NO.:

KAREN SAMPSON,

Plaintiff,

v.

HOME DEPOT U.S.A., INC.,

Defendant.

## COMPLAINT

Now comes the Plaintiff, Karen Sampson, by and through her attorney states as follows:

## PARTIES

1. The Plaintiff, Karen Sampson, is a natural person residing at 3 Thomas Street, Kingston, Massachusetts 02364.

2. The Defendant, Home Depot U.S.A., Inc., ("Home Depot") is a Foreign Corporation organized and existing by virtue of laws of Delaware, with its principal office located at 2455 Paces Ferry Road, Atlanta, Georgia 30339.

## FACTS

3. This action arises from personal injuries the Plaintiff sustained on November 5, 2020, while shopping at a Home Depot retailer, located at 899 County Street, Taunton, Massachusetts.

4. On November 5, 2020, the Plaintiff entered Home Depot.

5. When exiting through the Contractor Exit, the Plaintiff slipped and fell on gravel in or around the canopy area.

6. The Plaintiff reported the incident to Home Depot the following day.

7. At the time of the incident, the Plaintiff was unaware of the hazardous conditions surrounding the gravel at the Contractor Exit.

8. The area near or around the canopy area were not sectioned off nor were there any warning signs indicating a hazardous condition.

9. The Plaintiff suffered personal injuries.

## COUNT ONE – NEGLIGENCE

10. Plaintiff realleges and reavers the allegations set forth in Paragraph 1 through Paragraph 9 of this Complaint and incorporates same by reference as fully stated herein.

11. On or about November 5, 2020, the Defendant owed a reasonable duty of care to the Plaintiff.

12. The Defendant breached their duty of reasonable care to the Plaintiff when they failed to maintain their premises and failed to warn the Plaintiff of said conditions.

13. The Defendant allowed an unsafe condition to exist on the Premises which was reasonably foreseeable and resulting from their failure to maintain the premises.

14. The Defendant knew or should have known of the unsafe conditions with regards to hazards associated with the gravel and failed to properly maintain the Premises.

15. As a direct and proximate result of the Defendant's negligence, the Plaintiff:

a. Suffered serious and painful bodily injuries, great physical pain and mental anguish, and severe and substantial emotional distress;

b. Was, is, and will be required to undergo medical treatment and to incur medical costs and expenses in order to alleviate injuries, pain and suffering;

c. Was, is, and will be precluded from engaging in normal activities and pursuits, including her job duties resulting in lost wages; and
d. Otherwise, was hurt, injured, and caused to sustain losses.

16. All of the Plaintiff's losses were, are and will be solely to and by reason of the negligence of the Defendant.

**WHEREFORE,** the Plaintiff prays judgment against Defendant as follows:

1. For medical bills and pain and suffering;
2. For interest and attorneys' fees; and
3. For such other and further relief as the Court may deem proper.

**THE PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL COUNTS**

Dated: October 26, 2023

Respectfully submitted, by the Plaintiff, through her attorney,

/s/Michael Golner
Michael S. Golner, Esq.
BBO #691947
Michael Kelly Injury Lawyers
83 Atlantic Avenue, Suite 202
Boston, MA 02110
(617) 444-4444
mgolner@1800lawguys.com

Summons

CIVIL DOCKET NO. 2383CV00804

**Trial Court of Massachusetts**
**The Superior Court**

4

CASE NAME:

Karen Sampson, Plaintiff(s)

vs.

Home Depot U.S.A., Inc, Defendant(s)

Robert S. Creedon, Jr., Clerk of Courts

Plymouth County

COURT NAME & ADDRESS:

Plymouth Superior Court
72 Belmont Street
Brockton, MA 02301

FILED
COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT. OF THE TRIAL COURT
PLYMOUTH COUNTY

JAN 11 2024

Clerk of Court

THIS SUMMONS IS DIRECTED TO Home Depot U.S.A., Inc. (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the Plymouth Superior Court.

**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.**

If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complair You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect t resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2. **How to Respond.**

To respond to this lawsuit, you must file a written to response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

a) Filing your **signed original** response with the Clerk's Office for Civil Busi ss, Plymouth Sup r Co 72 Belmont Street, Brockton, MA 02301 (address), by mail or in person **AND**

b) Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address: Samantha L. McIsaac, Michael Kelly Injury Lawyers, 83 Atlantic Ave, Suite 202 Boston, MA 02110

3. **What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) tha are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your court no more than 10 days after sending your Answer

3 (cont). You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12**. If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at www.mass.gov/courts/case-legal-res/rules_of_court

2384CV02852

**4. Legal Assistance.**

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

**5. Required Information on All Filings:**

The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Heidi E. Brieger, Chief Justice on ______________, 20____. (Seal)

Clerk-Magistrate ______________

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

PROOF OF SERVICE OF PROCESS

**Suffolk County Sheriff's Department** • 132 Portland Street, Boston, MA 02114 • (617) 704-6999

*Suffolk, ss.*

**December 26, 2023**

**I hereby certify and return that on 12/22/2023 at 8:40 AM I served a true and attested copy of the Summons, Complaint, Interrogatories, Request for Production of Documents, Cover Sheet, Tracking Order in this action in the following manner: To wit, by delivering in hand to Bernardo Montanez, agent and person in charge at the time of service for Home Depot USA Inc., at 84 State Street Boston, MA 02109 . Attest/Copies ($5.00) Basic Service Fee (IH) ($30.00) Conveyance ($0.30) Postage and Handling ($1.00) Travel ($9.60) Total: $45.90**

Deputy Sheriff Joseph Casey

*Deputy Sheriff*

Date:

rev. 1/2019